OPINION — AG — ** LEGISLATORS — PUBLIC OFFICE — TRUST ** A MEMBER OF THE LEGISLATURE HOLDS AN OFFICE OF TRUST OR PROFIT UNDER THE LAWS OF THE STATE AND IS, THEREFORE, SUBJECT TO THE PROVISIONS OF ARTICLE II, SECTION 11 OF THE OKLAHOMA CONSTITUTION. (OFFICE, ELECTED OFFICIALS, LEGISLATURE, AUTHORITY) CITE: ARTICLE II, SECTION 11, OPINION NO. 80-172, OPINION NO. 82-111 (BETTY ELROD HUNTER) SEE: OPINION NO. 87-008